IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **DUSTIN J. KITTLE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:24-cv-00025 |
| | ) |
| | ) CHIEF JUDGE CAMPBELL |
| **JOSEPH R. BIDEN, JR.,** in his official | ) MAGISTRATE JUDGE HOLMES |
| capacity as President of the United | ) |
| States, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff has filed an Amended Complaint (Doc. No. 14), which is now the operative complaint. Accordingly, Defendant's motion to dismiss (Doc. No. 11), which concerned the original complaint, is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE